**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-6580**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH EARL LOGAN, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (CR-99-141; CA-02-197-2)

_____

Submitted: September 29, 2004      Decided: October 8, 2004

_____

Before MICHAEL and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Earl Logan, Jr., Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Earl Logan, Jr., appeals the district court's order denying Logan's motion for production and disclosure of grand jury transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Logan, Nos. CR-99-141; CA-02-197-2 (E.D. Va. filed Mar. 25, 2004; entered Mar. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED